

, Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for felony theft; punishment, two years in the penitentiary.

The record is here without statement of facts or bills of exception. Appellant pleaded guilty before the court; a jury being waived. All matters of procedure appear regular.

The judgment will be affirmed.

## G. C. BERRY v. STATE.
### No. 16593.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Bert G. Ashby, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for misdemeanor swindling; punishment, a fine of $1, and one day in the county jail.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.

## Marvin BAGGETT v. STATE.
### No. 16555.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for three years.

The indictment appears regular. The evidence heard upon the trial is not brought up for review. We perceive nothing in the charge of the court or other recorded procedure which would authorize a reversal of the judgment. It is therefore affirmed.